# MINUTES OF CHAPTER 13 §341(a) MEETING OF CREDITORS AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Miller** _____ JAD

Case Number: **17-70492**

FILED

Date of Meeting: **9/15/17**   Recording #: **P 2:41**

Debtor(s) present ___ or Not Present ___ (___ No Payments Made or ___ partial payments)

Attorney for debtor(s) **Calaiaro** _____ (Present ___ or Not Present ___)

Date of Plan at § 341: _____ Applicable commitment period ___ 3 yrs ___ 5 yrs

Debtor H is paid to take care of son
Debtor W doesn't work – also helps to take care of son.

Debtor H own liquor license (unencumbered)
Debtor (H & W) holds title 41 S main St with Gregory Cusimano

Asked for copy of Deed

S & T has lien on property

103 Jacksonville – might be worth 85K

2016 on extension – need copy after it is filed

need proof of payment

___ Meeting HELD and CONCLUDED
_✓_ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
___ Order to Show Cause Requested
___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due: _____ ; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
_✓_ Continued to:
___ 341 Meeting OR _✓_ Conciliation Conf. OR ___ *Contested Hearing
On **11/16/17** at **3:30** am/pm Location _____

_____
Chapter 13 Trustee/Attorney for Trustee