# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## Proceeding Memo

### Conciliation Conference:

**Debtor:** GERALD & CATHERINE MILLER
**Case Number:** 17-70492-JAD       **Chapter:** 13

**Date / Time / Room:** FRIDAY, NOVEMBER 17, 2017 10:00 AM   COURTROOM B

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** SCOTT KOZAR
**Reporter / ECR:** N/A

### Matter:

Trustee's Objection To Debtors' Claim of Exemptions
- Response Filed 11/2/2017 by Debtors @ Doc. #32 [Due 11/1/2017]
R / M #:  30 / 0

### Appearances:

TRUSTEE: WINNECOUR / BEDFORD / KATZ / PAIL
DEBTOR(S): Donald R. Calaiaro, Esq.
CREDITOR:

### Proceedings:

__✓__ Motion is GRANTED / DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
       _____ For At Least _____ Days (Court To Issue Scheduling Order)
       _____ To Hearing Date Of _____ at _____ AM/PM at _____
       _____ To Conciliation Conference For _____ at _____
              AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
       _____ Evidentiary Hearing On Value And Cram-Down Interest
       _____ Complex / Pretrial Order - NONJURY  /  JURY
       _____ Simple / Pretrial Order - NONJURY  /  JURY
       _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

FILED
11/20/17 9:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge