# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

### CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | GERALD & CATHERINE MILLER | | |
| **Case Number:** | 17-70492-JAD | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, NOVEMBER 16, 2017 03:30 PM   3251 US STEEL | | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | | |

FILED
11/21/17 12:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#17 - Continued Confirmation of Plan Dated 7/24/2017 (N)
R / M #:   17 / 0

*Appearances:*

Debtor: *Valencia*
Trustee:  Winnecour / (Bedford) / Pail / Katz
*Raphael - S + T Bank*

Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to 3-29-18 at 11:30

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set  for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other: