IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Gerald Miller                                  :    Case No. 17-70492JAD
Catherine Miller                               :    Chapter 13
    Debtor(s)                          :
Ronda J. Winnecour, Trustee                    :
                                               :    Related to Document #  30
    Movant(s)                          :
                                               :
vs.                                            :
Gerald Miller                                  :
Catherine Miller                               :    Hearing Date
    Respondent(s)

## ORDER OF COURT

AND NOW, this 17th day of Novem[ber], 2017, upon consideration of the foregoing OBJECTION OF CHAPTER 13 TRUSTEE TO CLAIM OF EXEMPTIONS, and any responses thereto, it is hereby

ORDERED that the claimed §522(d)(1) exemption in 41 S. Main Street Homer City, PA 15748 is disallowed; (b) the claimed §522(d)(5) exemptions in the liquor license and business checking accounts, are disallowed; and (c) the (d)(2) exemptions in the 2005 Ford F150 and 2010 Ford Escape are disallowed.

*This Order is entered without prejudice to the parties as it relates to pending amended exemptions filed by the Debtors.*

BY THE COURT:

_____
UNITED STATES BANKRUPCY JUDGE
Jeffery A. Deller

FILED
11/20/17 9:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Gerald Miller
Catherine Miller
    Debtors

Case No. 17-70492-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: dkam     Page 1 of 1     Date Rcvd: Nov 20, 2017
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2017.
db/jdb         +Gerald Miller, Catherine Miller, 103 Jacksonville Road, Homer City, PA 15748-1108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2017 at the address(es) listed below:
         Brian M. Kile     on behalf of Creditor    S&T Bank bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
         Brian M. Kile     on behalf of Defendant    S & T Bank bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
         Donald R. Calaiaro     on behalf of Plaintiff Gerald Miller dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
         Donald R. Calaiaro     on behalf of Joint Debtor Catherine Miller dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
         Donald R. Calaiaro     on behalf of Debtor Gerald Miller dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
         Donald R. Calaiaro     on behalf of Plaintiff Catherine Miller dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
         James Warmbrodt     on behalf of Creditor    FIFTH THIRD BANK bkgroup@kmllawgroup.com
         James Warmbrodt     on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
         Preston D. Jaquish     on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
         S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                           TOTAL: 12