WPAB FORM 7  (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **17-70492-JAD** |
| **Gerald Miller** | **:** | |
| **Catherine Miller** | : | |
| Debtors | : | Chapter **13** |
| **Gerald Miller** | | |
| **Catherine Miller** | : | |
| Movants | : | Related to Document No. **42 and 44** |
| v. | : | |
| **NONE** | : | |
| Respondent | : | Document No. |

**CERTIFICATE OF SERVICE OF ORDER OF COURT
REGARDING AMENDMENT TO SCHEDULE C ALONG WITH AMENDMENT,**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on January 4, 2018.

Mailing Matrix

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **First Class Mail**.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

Date:  __01/04/2018_____        _/s/Donald R. Calaiaro, Esquire_____
                                                                                                                   Attorney for Debtor
                                                                                                                    Calaiaro Valencik                  _____
                                                                                                                    Typed Name
                                                                                                                    428 Forbes Ave., Suite 900, Pittsburgh, PA 15219
                                                                                                                    Address
                                                                                                                    (412) 232-0930 Phone No._____
                                                                                                                    PA #27538    List Bar I.D. and State of Admission