# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## Proceeding Memo

### Conciliation Conference:

**Debtor:** GERALD & CATHERINE MILLER
**Case Number:** 17-70492-JAD      **Chapter:** 13
**Date / Time / Room:** FRIDAY, JANUARY 12, 2018 10:00 AM   COURTROOM B

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** SCOTT KOZAR
**Reporter / ECR:** N/A

### Matter:

Trustee's Objection To Debtors' Claim of Exemptions
- Response filed 12/26/2017 by Debtors @ Doc. #43 [Due 12/26/2017]
R / M #:   40 / 0

### Appearances:

TRUSTEE: WINNECOUR / BEDFORD / KATZ / PAIL ✓
DEBTOR(S): Donald R. Calaiaro, Esq.
CREDITOR:

### Proceedings:

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER: 30
    ___ For At Least _____ Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at _____
    ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY / JURY
    ___ Simple / Pretrial Order - NONJURY / JURY
    ___ Parties To Undertake Discovery - Discovery Period: _____ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

FILED
1/17/18 11:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge