IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

GERALD MILLER and                           : Bankruptcy No. 17-70492JAD
CATHERINE MILLER,                           :
                                            : Doc. #40
                                            :
            Debtor(s).                      : Chapter 13

## ORDER

AND NOW, this **17th** day of **January, 2018**, a hearing having been held on January 12, 2018 regarding the *Trustee's Objection To Debtors' Claim of Exemptions* at **Doc. #40**,

IT IS HEREBY ORDERED THAT the hearing on said matter **IS CONTINUED** to **March 9, 2018**, at **10:00 AM** in **Courtroom B, Penn Traffic Building, 319 Washington Street, Johnstown, Pennsylvania 15901.** *

JEFFERY A. DELLER
U.S. Bankruptcy Judge

CASE ADMINISTRATOR TO MAIL COPY TO:

Debtors
Debtors' Counsel
Chapter 13 Trustee
Office of U.S. Trustee

FILED
1/17/18 11:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

* NOTE: Video Conferencing equipment has been installed in Courtroom B in Johnstown, Pennsylvania and also in Courtroom D in Pittsburgh, Pennsylvania. Counsel can appear before the Court in either location.

00022768

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Gerald Miller
Catherine Miller
       Debtors

Case No. 17-70492-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: dkam     Page 1 of 1     Date Rcvd: Jan 17, 2018
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2018.
db/jdb       +Gerald Miller,   Catherine Miller,   103 Jacksonville Road,   Homer City, PA 15748-1108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                                                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2018 at the address(es) listed below:
           Brian M. Kile    on behalf of Creditor    S&T Bank bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
           Brian M. Kile    on behalf of Defendant    S & T Bank bkile@grenenbirsic.com, mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
           Donald R. Calaiaro    on behalf of Plaintiff Gerald  Miller dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
           Donald R. Calaiaro    on behalf of Joint Debtor Catherine  Miller dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
           Donald R. Calaiaro    on behalf of Debtor Gerald  Miller dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
           Donald R. Calaiaro    on behalf of Plaintiff Catherine  Miller dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
           James Warmbrodt    on behalf of Creditor    FIFTH THIRD BANK bkgroup@kmllawgroup.com
           James Warmbrodt    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
           S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                                            TOTAL: 12