IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Gerald Miller | : | Case No. 17-70492JAD |
| Catherine Miller | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Related to Document # |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Gerald Miller | : | |
| Catherine Miller | : | Hearing Date |
| Respondent(s) | | |

<u>WITHDRAWAL OF TRUSTEE'S OBJECTION TO DEBTORS' CLAIM OF EXEMPTIONS</u>

The Objection to debtors' Claim that was filed in the above-referenced case on December 07, 2017 (document #40) is hereby WITHDRAWN. Therefore, the hearing scheduled for March 9, 2018, is cancelled.

Respectfully submitted

<u>3/8/18</u>                                  /s/ Ronda J. Winnecour

Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Gerald Miller | : | Case No. 17-70492JAD |
| Catherine Miller | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Related to Document # |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Gerald Miller | : | |
| Catherine Miller | : | Hearing Date |
| Respondent(s) | | |

CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

Gerald and Catherine Miller
103 Jacksonville Road
Homer City PA 15748

Donald Calaiaro, Esquire
428 Forbes Avenue Suite 900
Pittsburgh PA 15219


3/08/18                                                        /S/ Dianne DeFoor___
date                                                             Office of the Chapter 13 Trustee
                                                          US Steel Tower – Suite 3250
                                                          600 Grant Street
                                                          Pittsburgh, PA  15219
                                                          (412) 471-5566