IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| GERALD MILLER and CATHERINE MILLER, | : | Bankruptcy No. 17-70492-JAD |
| Debtors. | : | Chapter 13 |
| RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, | : | |
| Movant, | : | |
| v. | : | Doc. No. 52 |
| GERALD MILLER and CATHERINE MILLER, | : | Related To Doc. No. 40 |
| Respondents. | : | |

## ORDER

AND NOW, this **8th** day of **March**, 2018, **IT APPEARING TO THE COURT** that the Movant has filed a **Withdrawal Of Objection** at **Doc. No. 52** in the above-captioned bankruptcy case;

**IT IS HEREBY ORDERED** that **Doc. No. 40 IS DISMISSED AS WITHDRAWN**.

**IT IS FURTHER ORDERED** that the hearing regarding **Doc. No. 40 - Objection To Debtors' Claim Of Exemptions** filed by **Ronda J. Winnecour, Chapter 13 Trustee** and scheduled for **Friday, March 9, 2018**, at **10:00 AM** in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901, **IS HEREBY CANCELLED**.

_____   mas
Jeffery A. Deller
Chief U.S. Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
    Gerald and Catherine Miller
    Donald R. Calaiaro, Esquire
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

FILED
3/8/18 4:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Gerald Miller
Catherine Miller
      Debtors

Case No. 17-70492-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7   User: dkam   Page 1 of 1   Date Rcvd: Mar 08, 2018
                 Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2018.
db/jdb          +Gerald Miller,    Catherine Miller,    103 Jacksonville Road,    Homer City, PA 15748-1108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2018 at the address(es) listed below:
         Brian M. Kile    on behalf of Creditor    S&T Bank bkile@grenenbirsic.com,
     mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
         Brian M. Kile    on behalf of Defendant    S & T Bank bkile@grenenbirsic.com,
     mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
         Donald R. Calaiaro    on behalf of Plaintiff Gerald  Miller dcalaiaro@c-vlaw.com,
     cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
         Donald R. Calaiaro    on behalf of Joint Debtor Catherine  Miller dcalaiaro@c-vlaw.com,
     cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
         Donald R. Calaiaro    on behalf of Debtor Gerald  Miller dcalaiaro@c-vlaw.com,
     cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
         Donald R. Calaiaro    on behalf of Plaintiff Catherine  Miller dcalaiaro@c-vlaw.com,
     cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
         James Warmbrodt    on behalf of Creditor    FIFTH THIRD BANK bkgroup@kmllawgroup.com
         James Warmbrodt    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
     srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                            TOTAL: 12