# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

   Debtor: GERALD & CATHERINE MILLER
   Case Number: 17-70492-JAD    Chapter: 13
   Date / Time / Room: THURSDAY, MARCH 29, 2018 11:30 AM   3251 US STEEL
   Hearing Officer: CHAPTER 13 TRUSTEE

FILED
4/2/18 3:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#17 - Continued Confirmation of Plan Dated 7/24/2017 (N)
R/M #: 17 / 0

**Appearances:** *Valerie*

Debtor:
Trustee: Winnecour / Pail / (Katz) / DeSimone
Creditor: Albert for S&T Bank

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 6/21/18 at 1:30 pm
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Cont for possible settlement of 506 US S&T

Cont for mt to engage Broker for 415 main St.