# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | GERALD & CATHERINE MILLER |
| **Case Number:** | 17-70492-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JUNE 21, 2018 01:30 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
6/25/18 12:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#17 - Continued Confirmation of Plan Dated 7/24/2017 (NFC)
R / M #:   17 / 0

### *Appearances:*

Debtor: Valencik
Trustee: Winnecour / Pail / Katz / (DeSimone)

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to __Aug 9__ at __1:00__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

6/12/2018   11:33:46AM