UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | No. 17-70492-JAD |
| GERALD MILLER and CATHERINE ) | |
| MILLER ) | |
| ) | |
| Debtors. ) | |

## NOTICE OF APPEARANCE

To:  The Clerk of Court

Kindly enter the appearance of James W. Creenan, Esquire for Creditor Fox's Pizza Den, Inc.

Dated: July 27, 2018

                                                    Respectfully Submitted,

                                                    CREENAN & BACZKOWSKI, PC

                                                    BY:    */s/ James W. Creenan*
                                                                 James W. Creenan, Esquire
                                                                 Pa. Id. No. 79213

                                                                 CREENAN & BACZKOWSKI, PC
                                                                 3907 Old William Penn Highway
                                                                 Suite 304
                                                                 Murrysville, PA 15668
                                                                 (724) 733-8832
                                                                 (724) 733-8834 (fax)
                                                                 jcreenan@cbattorneys.com

                                                                 *Counsel for Fox's Pizza Den, Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing NOTICE OF APPEARANCE was electronically filed and is available for viewing and downloading from the ECF System and was sent to all counsel of record this 27th day of July, 2018, via electronic service through the ECF System.

                Respectfully Submitted,

                CREENAN & BACZKOWSKI, PC

BY:   /s/ James W. Creenan
        James W. Creenan, Esquire
        Pa. Id. No. 79213

        CREENAN & BACZKOWSKI, PC
        3907 Old William Penn Highway
        Suite 304
        Murrysville, PA 15668
        (724) 733-8832
        (724) 733-8834 (fax)
        jcreenan@cbattorneys.com

*Counsel for Fox's Pizza Den, Inc.*