UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) |
| | ) No. 17-70492-JAD |
| GERALD MILLER and CATHERINE MILLER | ) |
| | ) |
| Debtors. | ) |

## **NOTICE OF APPEARANCE**

To:  The Clerk of Court

Kindly enter the appearance of James W. Creenan, Esquire for Creditor Fox's Pizza Distribution, Inc.

Dated:  August 9, 2018

                                              Respectfully Submitted,

                                              CREENAN & BACZKOWSKI, PC

BY:  */s/ James W. Creenan*
       James W. Creenan, Esquire
       Pa. Id. No. 79213

       CREENAN & BACZKOWSKI, PC
       3907 Old William Penn Highway
       Suite 304
       Murrysville, PA 15668
       (724) 733-8832
       (724) 733-8834 (fax)
       jcreenan@cbattorneys.com

       *Counsel for Fox's Pizza Distribution, Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing NOTICE OF APPEARANCE was electronically filed and is available for viewing and downloading from the ECF System and was sent to all counsel of record this 9th day of August, 2018, via electronic service through the ECF System.

    Respectfully Submitted,

    CREENAN & BACZKOWSKI, PC

BY:    /s/ James W. Creenan
        James W. Creenan, Esquire
        Pa. Id. No. 79213

        CREENAN & BACZKOWSKI, PC
        3907 Old William Penn Highway
        Suite 304
        Murrysville, PA 15668
        (724) 733-8832
        (724) 733-8834 (fax)
        jcreenan@cbattorneys.com

        *Counsel for Fox's Pizza Distribution, Inc.*