# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** GERALD & CATHERINE MILLER
**Case Number:** 17-70492-JAD    **Chapter:** 13
**Date / Time / Room:** THURSDAY, AUGUST 09, 2018 01:00 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
8/10/18 3:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#57 - Continued Confirmation of Plan Dated 7/5/2018  (NFC)
R / M #:  57 / 0

### Appearances:

Debtor: Valencik
Trustee: Winnecour / Pail / (Katz) / DeSimone
Creditor: Oresick for Fox Pizza

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 9/27/18 at 3:30 pm
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Asked for 2016 return
& 2017 W-2, & 1099s
& year to date
Paystubs.

8/2/2018    3:31:16PM