# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**_Conciliation Conference:_**

| | | | |
|---|---|---|---|
| **Debtor:** | GERALD & CATHERINE MILLER | | |
| **Case Number:** | 17-70492-JAD | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, APRIL 04, 2019 11:30 AM   3251 US STEEL | | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | | |

FILED
4/5/19 4:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**_Matter:_**

> #57 - Final Confirmation of Plan Dated  7/5/2018 (NFC)
> **R / M #:**  57 / 0

**_Appearances:_**

Valenlik

> Debtor:
> Trustee:  Winnecour / (Pail)/  Katz / DeSimone

> Creditor:

Oresick - fox's
Pizza

**_Proceedings:_**

> Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set  for _____ at _____.

9. _X___ Contested Hearing: __5/3/19__ at __10:00__.
10. _____ Other:

ATTOrNey Oresick sucks a
contested heanng. will file wrtten
objections.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-70492-JAD
Gerald Miller                                                       Chapter 13
Catherine Miller
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: jhel           Page 1 of 1           Date Rcvd: Apr 05, 2019
                              Form ID: pdf900      Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2019.
db/jdb          +Gerald Miller,   Catherine Miller,   103 Jacksonville Road,   Homer City, PA 15748-1108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2019 at the address(es) listed below:
          Brian M. Kile    on behalf of Creditor    S&T Bank bkile@grenenbirsic.com,
           mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
          Brian M. Kile    on behalf of Defendant    S & T Bank bkile@grenenbirsic.com,
           mcupec@grenenbirsic.com;lstanger@grenenbirsic.com
          Donald R. Calaiaro    on behalf of Joint Debtor Catherine  Miller dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com;mpeduto@c-vlaw.com
          Donald R. Calaiaro    on behalf of Debtor Gerald  Miller dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com;mpeduto@c-vlaw.com
          Donald R. Calaiaro    on behalf of Plaintiff Gerald  Miller dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com;mpeduto@c-vlaw.com
          Donald R. Calaiaro    on behalf of Plaintiff Catherine  Miller dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com;mpeduto@c-vlaw.com
          Jacob  Oresick    on behalf of Creditor    Fox's Pizza Distribution, Inc. joresick@cbattorneys.com
          Jacob  Oresick    on behalf of Creditor    Fox's Pizza Den, Inc. joresick@cbattorneys.com
          James  Warmbrodt    on behalf of Creditor    FIFTH THIRD BANK bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
          James W. Creenan    on behalf of Creditor    Fox's Pizza Distribution, Inc.
           jcreenan@cbattorneys.com,  bhancock@cbattorneys.com
          James W. Creenan    on behalf of Creditor    Fox's Pizza Den, Inc. jcreenan@cbattorneys.com,
           bhancock@cbattorneys.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                              TOTAL: 16