# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** GERALD & CATHERINE MILLER
**Case Number:** 17-70492-JAD     **Chapter:** 13
**Date / Time / Room:** FRIDAY, MAY 03, 2019  11:00 AM   COURTROOM B
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** SCOTT KOZAR
**Reporter / ECR:** N/A

## Matter:

Contested Hearing on Confirmation of Debtors' Amended Chapter 13 Plan Dated 7/5/2018
- Conciliation Meeting Minutes From 8/9/2018 @ Doc. #60
- Conciliation Meeting Minutes From 11/15/2018 @ Doc. #63
- Conciliation Meeting Minutes From 1/31/2019 @ Doc. #69
- Conciliation Meeting Minutes From 4/4/2019 @ Doc. #75
+Objections By: Fox's Pizza Distribution filed 4/5/2019 @ Doc. #76
R / M #: 57 / 0

## Appearances:

TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE
DEBTOR(S): ~~Donald R. Calaiaro, Esq.~~  Va'inile
CREDITOR: Jacob Oresick, Esq.

FILED
5/3/19 12:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## Proceedings:

___ Motion is GRANTED / DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
  _____ For At Least _____ Days (Court To Issue Scheduling Order)
  _____ To Hearing Date Of _____ at _____ AM/PM at
  _____ To Conciliation Conference For _____ at
         AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
  _____ Evidentiary Hearing On Value And Cram-Down Interest
  _____ Complex / Pretrial Order - NONJURY / JURY
  _____ Simple / Pretrial Order - NONJURY / JURY
  _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
  ✓  OTHER: Objection overruled. Plan to be confirmed.

JEFFERY A. DELLER
U.S. Bankruptcy Judge