**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/11/2020

IN RE:

GERALD MILLER
CATHERINE MILLER
103 JACKSONVILLE ROAD
HOMER CITY, PA 15748
XXX-XX-6987            Debtor(s)

XXX-XX-0237

Case No. 17-70492 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/11/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JCP/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 2867 |
| **BRIAN M KILE ESQ**<br>GRENEN & BIRSIC PC<br>1 GATEWAY CTR 9TH FL<br>420 FT DUQUESNE BLVD<br>PITTSBURGH, PA  15222 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: S AND T BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JAMES C WARMBRODT ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FIFTH THIRD BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PRESTON D JAQUISH ESQ**<br>MCGRATH MCCALL PC<br>FOUR GATEWAY CENTER STE 1040<br>444 LIBERTY AVE<br>PITTSBURGH, PA  15222 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FIRST CMMNWLTH BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **EDNA MILLER**<br>103 PALMER AVE<br>PATTON, PA  16668 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NOTHING OWED/JSP | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: |
| **ELDERTON STATE BANK***<br>POB 427<br>ELDERTON, PA  15736 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NOTHING OWED/JSP | CRED DESC: VEHICLE<br>ACCOUNT NO.: 6972 |
| **FIFTH THIRD BANK**<br>PO BOX 637640<br>CINCINNATI, OH  45263-7640 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NOTHING OWED/JSP | CRED DESC: VEHICLE<br>ACCOUNT NO.: |
| **FIRST COMMONWEALTH BANK***<br>POB 400*<br>INDIANA, PA  15701 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 0.00<br>COMMENT: PMT/CL-PL*473.95 X 36+2=LMT*1ST/SCH | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 8158 |
| **S & T BANK(*)**<br>ATTN COLLECTIONS - RECOVERY<br>355 NORTH 5TH ST<br>INDIANA, PA  15801 | Trustee Claim Number: 10   INT %: 6.00%<br>Court Claim Number: 5<br>CLAIM: 10,000.00<br>COMMENT: DKT!!*RS/OE*$OE-PL@6%/PL*1ST/SCH*BGN 7/17*BIZ ASSETS + MRTG*DK*$10,000 | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 7200 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **S & T BANK(*)**<br>ATTN COLLECTIONS - RECOVERY<br>355 NORTH 5TH ST<br>INDIANA, PA  15801 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:NCF<br>CLAIM:  0.00<br>COMMENT:  NOTHING OWED/JSP | CRED DESC:  MORTGAGE PAID IN FULL<br>ACCOUNT NO.: |
| **BERKHEIMER TAX ADMINISTRATOR****<br>HAB DLT LEGAL<br>PO BOX 20662<br>LEHIGH VALLEY, PA  18002-0662 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NOTHING OWED/JSP*NT PROV/PL*NO TAX YRS~NT ADR~EIT/PL*SD BORO?/SCH | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NOTHING OWED/JSP*NT PROV/PL*NO TAX YRS/SCH | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:2<br>CLAIM:  2,172.26<br>COMMENT:  $CL-PL*NO TAX YRS/SCH | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  8299 |
| **ASCAP**<br>ASCAP BLDG.<br>1 LINCOLN PLAZA<br>NEW YORK, NY  10023 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7705 |
| **BLACKBURN RUSSELL CO**<br>POB 157<br>BEDFORD, PA  15522 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  FOXHOM |
| **CENTRAL INDIANA COUNTY JOINT S**<br>POB 7<br>HOMER CITY, PA  15748 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2900 |
| **CICWA WATER**<br>30 EAST WILEY ST<br>HOMER CITY, PA  15748 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7930 |
| **COMCAST++**<br>PO BOX 3001<br>SOUTHEASTERN, PA  19398 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2484 |
| **FOX'S PIZZA DISTRIBUTION INC**<br>C/O COOPER OWEN & RENNER<br>1 PRIORITY LN - BOX 419<br>MURRYSVILLE, PA  15668 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:8<br>CLAIM:  7,817.16<br>COMMENT:  2797/SCH*NO POD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6987 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **HUGILL SANITATION INC**<br>RR2 BOX 158 RACE RD<br><br>MAHAFFEY, PA 16757-9204 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2251 | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **MAILSHARK MARKETING**<br>4125 NEW HOLLAND RD<br><br>MOHNTON, PA 19540 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |
| **NUCO2**<br>PO BOX 417902<br><br>STUART, FL 34997 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8391 | CLAIM: 0.00<br>COMMENT: |
| **PENELEC**<br>PO BOX 16001<br>ATTN REVENUE ASSURANCE<br><br>READING, PA 19612-6001 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5862 | CLAIM: 0.00<br>COMMENT: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA 15212 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:4 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3617 | CLAIM: 638.63<br>COMMENT: 4154/SCH |
| **S & T BANK(*)**<br>ATTN COLLECTIONS - RECOVERY<br>355 NORTH 5TH ST<br><br>INDIANA, PA 15801 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:6 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 7201 | CLAIM: 0.00<br>COMMENT: RS/OE*NT/SCH-PL*ALL ARRS*CROSS-COLLATERAL W/ CL 5?*DKT*$21,219.50/CL |
| **S & T BANK(*)**<br>ATTN COLLECTIONS - RECOVERY<br>355 NORTH 5TH ST<br><br>INDIANA, PA 15801 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1895 | CLAIM: 0.00<br>COMMENT: |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: CUSLAMO AND MILLER~ND ADR/SCH G |
| **GREGORY CUSIAMO**<br>50 E LIBERTY ST<br><br>HOMER CITY, PA 15748 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: /SCH H |
| **FIFTH THIRD BANK**<br>ATTN CONSUMER BKRPTCY PMT DIVISION**<br>1830 EAST PARIS SE MS#RSCB3E<br><br>GRAND RAPIDS, MI 49546 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:1-2 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2735 | CLAIM: 0.00<br>COMMENT: NT PROV/PL*NT/SCH*CL 4830.43 AMD TO $0*W/36 |

| Creditor | Claim Info | Description |
|---|---|---|
| **PA DEPARTMENT OF REVENUE*** <br> BUR OF COMPL SECT-DEPT 280946 <br> STRAWBERRY SQ <br><br> HARRISBURG, PA  17128 | Trustee Claim Number:31  INT %:  0.00% <br> Court Claim Number:2 <br><br> CLAIM:  284.48 <br> COMMENT:  NO GEN UNS/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  8299 |
| **FIRST COMMONWEALTH BANK*** <br> POB 400* <br><br> INDIANA, PA  15701 | Trustee Claim Number:32  INT %:  0.00% <br> Court Claim Number:3 <br><br> CLAIM:  157.67 <br> COMMENT:  $CL-PL*1ST/SCH | CRED DESC:  MORTGAGE ARR. <br> ACCOUNT NO.:  8158 |
| **S & T BANK(*)** <br> ATTN COLLECTIONS - RECOVERY <br> 355 NORTH 5TH ST <br><br> INDIANA, PA  15801 | Trustee Claim Number:33  INT %:  0.00% <br> Court Claim Number:5 <br><br> CLAIM:  0.00 <br> COMMENT:  10K PD OUTSIDE AFTER COMPLETION*NT 2B DISCH | CRED DESC:  MORTGAGE PAID IN FULL <br> ACCOUNT NO.:  7200 |
| **US DEPARTMENT OF EDUCATION** <br> NATIONAL PAYMENT CENTER <br> PO BOX 790336 <br><br> ST LOUIS, MO  63179-0336 | Trustee Claim Number:34  INT %:  0.00% <br> Court Claim Number:7-2 <br><br> CLAIM:  7,064.47 <br> COMMENT:  NT/SCH*AMD | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  6987 |
| **JAMES W CREENAN ESQ** <br> CREENAN & BACZKOWSKI PC <br> 3907 OLD WILLIAM PENN HWY STE 304 <br><br> MURRYSVILLE, PA  15668 | Trustee Claim Number:35  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  FOXS PIZZA DEN/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **FIFTH THIRD BANK** <br> ATTN CONSUMER BKRPTCY PMT DIVISION** <br> 1830 EAST PARIS SE MS#RSCB3E <br><br> GRAND RAPIDS, MI  49546 | Trustee Claim Number:36  INT %:  0.00% <br> Court Claim Number:1-2 <br><br> CLAIM:  2,332.82 <br> COMMENT:  NT/SCH*DEFICIENCY*AMD*W/30*DK | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  2735 |
| **JAMES W CREENAN ESQ** <br> CREENAN & BACZKOWSKI PC <br> 3907 OLD WILLIAM PENN HWY STE 304 <br><br> MURRYSVILLE, PA  15668 | Trustee Claim Number:37  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  FOXS PIZZA/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |