Certificate Number: 05781-PAW-DE-034568865

Bankruptcy Case Number: 17-70492



05781-PAW-DE-034568865

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 16, 2020, at 3:31 o'clock PM PDT, Catherine Miller completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  June 16, 2020               By:    /s/Allison M Geving

                                   Name:  Allison M Geving

                                   Title: President