**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No. 17-70492 JAD** |
| **Gerald Miller and** | ) |
| **Catherine Miller,** | ) **Chapter 13** |
|       **Debtors,** | ) |
| **Gerald Miller and** | ) |
| **Catherine Miller** | ) |
|       **Movants** | ) |
| | ) |
|       **v.** | ) |
| **No Respondents** | ) |

### DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On June 17, 2020, at docket numbers 83 and 84, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of Post-petition Instructional Course in Personal Financial Management, with the Certificate of Completion attached to the form.

    This Certification is being signed under penalty of perjury by the Debtors who have carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

Dated: June 19, 2020          By:    /s/ Mark B. Peduto
                                     Mark B. Peduto, Esquire
                                     PA ID No: 62923
                                     Calaiaro Valencik
                                     938 Penn Avenue, Suite 501
                                     Pittsburgh, PA 15222-3708
                                     412-232-0930
                                     mpeduto@c-vlaw.com