**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Gerald Miller**
**Catherine Miller**
  Debtor(s)

Bankruptcy Case No.: 17–70492–JAD

Chapter: 13
Docket No.: 92 – 91

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 29th of September, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 11/3/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **11/13/20 at 11:00 AM in Telephone Conference** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **11/3/20.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70492-JAD |
| Gerald Miller | Chapter 13 |
| Catherine Miller | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: jfur | Page 1 of 3 |
| Date Rcvd: Sep 30, 2020 | Form ID: 408 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gerald Miller, Catherine Miller, 103 Jacksonville Road, Homer City, PA 15748-1108 |
| cr | + | S&T Bank, 355 North Fifth Street, Indiana, PA 15701-1940 |
| 14651648 | + | ASCAP, P.O. Box 331608, Nashville, TN 37203-7515 |
| 14651649 | + | Berkheimer, P.O. Box 995, 50 North Seventh St., Bangor, PA 18013-1798 |
| 14651650 | + | Blackburn Russell Company,Inc., 157 Railroad St., P.O. Box 157, Bedford, PA 15522-0157 |
| 14651651 | | Brian M. Kile, Esquire, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14651652 | + | CICJSA Sewage, 603 South Main Street, Homer City, PA 15748-1615 |
| 14651653 | + | CICWA Water, 30 East Wiley Street, Homer City, PA 15748-1543 |
| 14651655 | ++ | ELDERTON STATE BANK, 143 N MAIN ST, PO BOX 427, ELDERTON PA 15736-0427 address filed with court:, Elderton State Bank, 143 North Main Street, Elderton, PA 15736 |
| 14925570 | | Edna Miller, 103 Palmer Ave., Patton, PA 16668 |
| 14662386 | + | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14674963 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 14651657 | + | Fox's Pizza Den, 4425 William Penn Highway, Murrysville, PA 15668-1917 |
| 14747743 | + | Fox's Pizza Distribution, Inc., c/o Jeffrey Owen, Esq., Cooper Owen & Renner, 1 Priority Lane, Box 419, Murrysville, PA 15668-6617 |
| 14651658 | + | Gregory & Annette Cusiamo, 50 E. Liberty Street, Homer City, PA 15748-1122 |
| 14651659 | + | Hugills Sanitation, 779 Front Street, Mahaffey, PA 15757-8909 |
| 14651661 | + | Jeffrey R. Owen, Esquire, Cooper Owen & Renner, P.C., 1 Priority Lane, P.O. Box 419, Murrysville, PA 15668-0419 |
| 14651662 | + | MailShark Marketing, 4125 New Holland Rd., Mohnton, PA 19540-8632 |
| 14651663 | | NuC02, P.O. Box 417902, Stuart, FL 34997 |
| 14651665 | + | Penelec, P.O. Box 16001, Reading, PA 19612-6001 |
| 14680336 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14652365 | | S&T Bank, c/o Brian M. Kile, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14652364 | + | S&T Bank, 355 North 5th Street, Indiana, PA 15701-1940 |
| 14651667 | + | S&T Bank, PO Box 190, Indiana, PA 15701-0190 |
| 14651668 | + | S&T Bank/Visa, P.O. Box 790408, Saint Louis, MO 63179-0408 |
| 14743832 | | U S Department of Education, P O Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14651654 | + | Email/Text: documentfiling@lciinc.com | | |
| | | | Oct 01 2020 03:15:00 | Comcast, 676 Island Pond Rd., Manchester, NH 03109-4840 |
| 14651656 | | Email/Text: bankruptcynotice@fcbanking.com | | |
| | | | Oct 01 2020 03:15:00 | First Commonwealth Bank, P.O. Box 400, Indiana, PA 15701 |
| 14651660 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Oct 01 2020 03:15:00 | Internal Revenue, Bureau of Collections and Taxpayer Servi, P.O. Box 2811041, Harrisburg, PA 17128-0001 |
| 14651664 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

| District/off: 0315-7 | User: jfur | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 30, 2020 | Form ID: 408 | Total Noticed: 32 |

|  | Oct 01 2020 03:16:00 | PA Department of Revenue, Bureau of Compliance, 5th Floor Strawberry Square, Harrisburg, PA 17128-0001 |
|---|---|---|
| 14653367    +  Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2020 03:34:47 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14665158    Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 01 2020 03:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | FIFTH THIRD BANK |
| cr |  | Fifth Third Bank |
| cr |  | Fox's Pizza Den, Inc. |
| cr |  | Fox's Pizza Distribution, Inc. |
| cr | *+ | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14887807 | *+ | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14651666 | ## | Peoples Gas, P.O. Box 6766, Pittsburgh, PA 15212-0766 |
| jdb | *+ | Catherine Miller, 103 Jacksonville Road, Homer City, PA 15748-1108 |

TOTAL: 4 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2020          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FIFTH THIRD BANK bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Fifth Third Bank bnicholas@kmllawgroup.com |
| Brian M. Kile | on behalf of Defendant S & T Bank bkile@grenenbirsic.com  mcupec@grenenbirsic.com;lstanger@grenenbirsic.com |
| Brian M. Kile | on behalf of Creditor S&T Bank bkile@grenenbirsic.com  mcupec@grenenbirsic.com;lstanger@grenenbirsic.com |
| Donald R. Calaiaro | on behalf of Plaintiff Catherine Miller dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mped |

District/off: 0315-7                                    User: jfur                                              Page 3 of 3

Date Rcvd: Sep 30, 2020                            Form ID: 408                                          Total Noticed: 32

uto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Donald R. Calaiaro

on behalf of Joint Debtor Catherine Miller dcalaiaro@c-vlaw.com
cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mped
uto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Donald R. Calaiaro

on behalf of Debtor Gerald Miller dcalaiaro@c-vlaw.com
cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mped
uto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Donald R. Calaiaro

on behalf of Plaintiff Gerald Miller dcalaiaro@c-vlaw.com
cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mped
uto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Jacob Oresick

on behalf of Creditor Fox's Pizza Den  Inc. joresick@cbattorneys.com

Jacob Oresick

on behalf of Creditor Fox's Pizza Distribution  Inc. joresick@cbattorneys.com

James W. Creenan

on behalf of Creditor Fox's Pizza Den  Inc. jcreenan@cbattorneys.com, jparise@cbattorneys.com

James W. Creenan

on behalf of Creditor Fox's Pizza Distribution  Inc. jcreenan@cbattorneys.com, jparise@cbattorneys.com

Mark B. Peduto

on behalf of Debtor Gerald Miller mpeduto@c-vlaw.com
jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Mark B. Peduto

on behalf of Joint Debtor Catherine Miller mpeduto@c-vlaw.com
jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Preston D. Jaquish

on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com  srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com


TOTAL: 18