**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

GERALD MILLER
CATHERINE MILLER
    Debtor(s)

Ronda J. Winnecour
  Chapter 13 Trustee,
      Movant
    vs.
No Respondents.

Case No.:17-70492 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,   \*
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 28, 2020

**\* A portion of the mortgage is to be paid following the conclusion of the case based on a settlement agreement.**

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 06/29/2017 and confirmed on 2/1/19. The case was subsequently Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 35,210.00 |
| Less Refunds to Debtor | 17.99 | |
| TOTAL AMOUNT OF PLAN FUND | | 35,192.01 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,025.00 | |
|   Trustee Fee | 1,628.33 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,653.33 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FIRST COMMONWEALTH BANK* | 0.00 | 17,536.15 | 0.00 | 17,536.15 |
|     Acct: 8158 | | | | |
|   FIRST COMMONWEALTH BANK* | 157.67 | 157.67 | 0.00 | 157.67 |
|     Acct: 8158 | | | | |
|   EDNA MILLER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   S & T BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7201 | | | | |
|   ELDERTON STATE BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6972 | | | | |
|   FIFTH THIRD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FIFTH THIRD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2735 | | | | |
|   S & T BANK(*) | 10,000.00 | 10,000.00 | 1,672.60 | 11,672.60 |
|     Acct: 7200 | | | | |
|   S & T BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   S & T BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7200 | | | | |
| | | | | 29,366.42 |
| **Priority** | | | | |
|   DONALD R CALAIARO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GERALD MILLER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GERALD MILLER | 17.99 | 17.99 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CALAIARO VALENCIK | 2,025.00 | 2,025.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
|   PA DEPARTMENT OF REVENUE* | 2,172.26 | 2,172.26 | 0.00 | 2,172.26 |
|     Acct: 8299 | | | | |
| | | | | 2,172.26 |
| **Unsecured** | | | | |
|   ASCAP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7705 | | | | |
|   BLACKBURN RUSSELL CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXHOM | | | | |
|   CENTRAL INDIANA COUNTY JOINT S | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2900 | | | | |
|   CICWA WATER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7930 | | | | |
|   COMCAST++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2484 | | | | |
|   FOX'S PIZZA DISTRIBUTION INC | 7,817.16 | 0.00 | 0.00 | 0.00 |
|     Acct: 6987 | | | | |
|   HUGILL SANITATION INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2251 | | | | |
|   MAILSHARK MARKETING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NUCO2 | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8391 | | | | |
|   PENELEC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5862 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 638.63 | 0.00 | 0.00 | 0.00 |
|     Acct: 3617 | | | | |
|   S & T BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1895 | | | | |
|   PA DEPARTMENT OF REVENUE* | 284.48 | 0.00 | 0.00 | 0.00 |
|     Acct: 8299 | | | | |
|   US DEPARTMENT OF EDUCATION | 7,064.47 | 0.00 | 0.00 | 0.00 |
|     Acct: 6987 | | | | |
|   FIFTH THIRD BANK | 2,332.82 | 0.00 | 0.00 | 0.00 |
|     Acct: 2735 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2867 | | | | |
|   BRIAN M KILE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PRESTON D JAQUISH ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CREDITOR INFORMATION MISSING OR V. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GREGORY CUSIAMO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES W CREENAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES W CREENAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                        31,538.68

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 2,172.26 |
| SECURED | 10,157.67 |
| UNSECURED | 18,137.56 |

Date: 09/28/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    GERALD MILLER
    CATHERINE MILLER
         Debtor(s)

    Ronda J. Winnecour
         Movant
        vs.
    No Repondents.

Case No.:17-70492 JAD

Chapter 13

Document No.:

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.  **\***

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**\* A portion of the mortgage is to be paid following the conclusion of the case based on a settlement agreement.**

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:      Case No. 17-70492-JAD
Gerald Miller     Chapter 13
Catherine Miller
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: jfur     Page 1 of 3
Date Rcvd: Sep 30, 2020     Form ID: pdf900     Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gerald Miller, Catherine Miller, 103 Jacksonville Road, Homer City, PA 15748-1108 |
| cr | + | S&T Bank, 355 North Fifth Street, Indiana, PA 15701-1940 |
| 14651648 | + | ASCAP, P.O. Box 331608, Nashville, TN 37203-7515 |
| 14651649 | + | Berkheimer, P.O. Box 995, 50 North Seventh St., Bangor, PA 18013-1798 |
| 14651650 | + | Blackburn Russell Company,Inc., 157 Railroad St., P.O. Box 157, Bedford, PA 15522-0157 |
| 14651651 | | Brian M. Kile, Esquire, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14651652 | + | CICJSA Sewage, 603 South Main Street, Homer City, PA 15748-1615 |
| 14651653 | + | CICWA Water, 30 East Wiley Sreet, Homer City, PA 15748-1543 |
| 14651655 | ++ | ELDERTON STATE BANK, 143 N MAIN ST, PO BOX 427, ELDERTON PA 15736-0427 address filed with court:, Elderton State Bank, 143 North Main Street, Elderton, PA 15736 |
| 14925570 | | Edna Miller, 103 Palmer Ave., Patton, PA 16668 |
| 14662386 | + | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14674963 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 14651657 | + | Fox's Pizza Den, 4425 William Penn Highway, Murrysville, PA 15668-1917 |
| 14747743 | + | Fox's Pizza Distribution, Inc., c/o Jeffrey Owen, Esq., Cooper Owen & Renner, 1 Priority Lane, Box 419, Murrysville, PA 15668-6617 |
| 14651658 | + | Gregory & Annette Cusiamo, 50 E. Liberty Street, Homer City, PA 15748-1122 |
| 14651659 | + | Hugills Sanitation, 779 Front Street, Mahaffey, PA 15757-8909 |
| 14651661 | + | Jeffrey R. Owen, Esquire, Cooper Owen & Renner, P.C., 1 Priority Lane, P.O. Box 419, Murrysville, PA 15668-0419 |
| 14651662 | + | MailShark Marketing, 4125 New Holland Rd., Mohnton, PA 19540-8632 |
| 14651663 | | NuC02, P.O. Box 417902, Stuart, FL 34997 |
| 14651665 | + | Penelec, P.O. Box 16001, Reading, PA 19612-6001 |
| 14680336 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14652365 | | S&T Bank, c/o Brian M. Kile, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14652364 | + | S&T Bank, 355 North 5th Street, Indiana, PA 15701-1940 |
| 14651667 | + | S&T Bank, PO Box 190, Indiana, PA 15701-0190 |
| 14651668 | + | S&T Bank/Visa, P.O. Box 790408, Saint Louis, MO 63179-0408 |
| 14743832 | | U S Department of Education, P O Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14651654 | + | Email/Text: documentfiling@lciinc.com | Oct 01 2020 03:15:00 | Comcast, 676 Island Pond Rd., Manchester, NH 03109-4840 |
| 14651656 | | Email/Text: bankruptcynotice@fcbanking.com | Oct 01 2020 03:15:00 | First Commonwealth Bank, P.O. Box 400, Indiana, PA 15701 |
| 14651660 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 01 2020 03:15:00 | Internal Revenue, Bureau of Collections and Taxpayer Servi, P.O. Box 2811041, Harrisburg, PA 17128-0001 |
| 14651664 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

Case 17-70492-JAD   Doc 94   Filed 10/02/20   Entered 10/03/20 02:01:26   Desc Imaged
Certificate of Notice   Page 7 of 8

| District/off: 0315-7 | User: jfur | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 30, 2020 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | Bypass Reason | Date/Time | Name and Address |
|---|---|---|---|
| | | Oct 01 2020 03:16:00 | PA Department of Revenue, Bureau of Compliance, 5th Floor Strawberry Square, Harrisburg, PA 17128-0001 |
| 14653367 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 01 2020 03:31:32 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14665158 | Email/Text: RVSVCBICNOTICE1@state.pa.us Oct 01 2020 03:16:00 | | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 6

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FIFTH THIRD BANK |
| cr | | Fifth Third Bank |
| cr | | Fox's Pizza Den, Inc. |
| cr | | Fox's Pizza Distribution, Inc. |
| cr | *+ | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14887807 | *+ | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14651666 | ## | Peoples Gas, P.O. Box 6766, Pittsburgh, PA 15212-0766 |
| jdb | *+ | Catherine Miller, 103 Jacksonville Road, Homer City, PA 15748-1108 |

TOTAL: 4 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 02, 2020        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FIFTH THIRD BANK bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Fifth Third Bank bnicholas@kmllawgroup.com |
| Brian M. Kile | on behalf of Defendant S & T Bank bkile@grenenbirsic.com mcupec@grenenbirsic.com;lstanger@grenenbirsic.com |
| Brian M. Kile | on behalf of Creditor S&T Bank bkile@grenenbirsic.com mcupec@grenenbirsic.com;lstanger@grenenbirsic.com |
| Donald R. Calaiaro | on behalf of Plaintiff Catherine Miller dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mped |

| | |
|---|---|
| | uto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Joint Debtor Catherine Miller dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Debtor Gerald Miller dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Plaintiff Gerald Miller dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Jacob Oresick | on behalf of Creditor Fox's Pizza Den Inc. joresick@cbattorneys.com |
| Jacob Oresick | on behalf of Creditor Fox's Pizza Distribution Inc. joresick@cbattorneys.com |
| James W. Creenan | on behalf of Creditor Fox's Pizza Den Inc. jcreenan@cbattorneys.com, jparise@cbattorneys.com |
| James W. Creenan | on behalf of Creditor Fox's Pizza Distribution Inc. jcreenan@cbattorneys.com, jparise@cbattorneys.com |
| Mark B. Peduto | on behalf of Debtor Gerald Miller mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Mark B. Peduto | on behalf of Joint Debtor Catherine Miller mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Preston D. Jaquish | on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com |

TOTAL: 18