| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Gerald Miller** | Social Security number or ITIN  xxx–xx–6987 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Catherine Miller** | Social Security number or ITIN  xxx–xx–0237 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **17–70492–JAD** | | |

# Order of Discharge                                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gerald Miller                                              Catherine Miller

<u>11/6/20</u>                                               **By the court:**      <u>Jeffery A. Deller</u>
                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Gerald Miller  
Catherine Miller  
    Debtor(s)

Case No. 17-70492-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: dkam      Page 1 of 3  
Date Rcvd: Nov 06, 2020      Form ID: 3180W      Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gerald Miller, Catherine Miller, 103 Jacksonville Road, Homer City, PA 15748-1108 |
| cr | + | S&T Bank, 355 North Fifth Street, Indiana, PA 15701-1940 |
| 14651648 | + | ASCAP, P.O. Box 331608, Nashville, TN 37203-7515 |
| 14651649 | + | Berkheimer, P.O. Box 995, 50 North Seventh St., Bangor, PA 18013-1798 |
| 14651650 | + | Blackburn Russell Company,Inc., 157 Railroad St., P.O. Box 157, Bedford, PA 15522-0157 |
| 14651651 | | Brian M. Kile, Esquire, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14651652 | + | CICJSA Sewage, 603 South Main Street, Homer City, PA 15748-1615 |
| 14651653 | + | CICWA Water, 30 East Wiley Sreet, Homer City, PA 15748-1543 |
| 14651655 | ++ | ELDERTON STATE BANK, 143 N MAIN ST, PO BOX 427, ELDERTON PA 15736-0427 address filed with court:, Elderton State Bank, 143 North Main Street, Elderton, PA 15736 |
| 14925570 | | Edna Miller, 103 Palmer Ave., Patton, PA 16668 |
| 14662386 | + | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14674963 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 14651657 | + | Fox's Pizza Den, 4425 William Penn Highway, Murrysville, PA 15668-1917 |
| 14747743 | + | Fox's Pizza Distribution, Inc., c/o Jeffrey Owen, Esq., Cooper Owen & Renner, 1 Priority Lane, Box 419, Murrysville, PA 15668-6617 |
| 14651658 | + | Gregory & Annette Cusiamo, 50 E. Liberty Street, Homer City, PA 15748-1122 |
| 14651659 | + | Hugills Sanitation, 779 Front Street, Mahaffey, PA 15757-8909 |
| 14651661 | + | Jeffrey R. Owen, Esquire, Cooper Owen & Renner, P.C., 1 Priority Lane, P.O. Box 419, Murrysville, PA 15668-0419 |
| 14651662 | + | MailShark Marketing, 4125 New Holland Rd., Mohnton, PA 19540-8632 |
| 14651663 | | NuC02, P.O. Box 417902, Stuart, FL 34997 |
| 14651665 | + | Penelec, P.O. Box 16001, Reading, PA 19612-6001 |
| 14680336 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14652365 | | S&T Bank, c/o Brian M. Kile, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14652364 | + | S&T Bank, 355 North 5th Street, Indiana, PA 15701-1940 |
| 14651667 | + | S&T Bank, PO Box 190, Indiana, PA 15701-0190 |
| 14651668 | + | S&T Bank/Visa, P.O. Box 790408, Saint Louis, MO 63179-0408 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 07 2020 01:58:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14651654 | + | EDI: COMCASTCBLCENT | Nov 07 2020 05:28:00 | Comcast, 676 Island Pond Rd., Manchester, NH 03109-4840 |
| 14651656 | | Email/Text: bankruptcynotice@fcbanking.com | Nov 07 2020 01:58:00 | First Commonwealth Bank, P.O. Box 400, Indiana, PA 15701 |
| 14651660 | + | EDI: IRS.COM | | |

| District/off: 0315-7 | User: dkam | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 06, 2020 | Form ID: 3180W | Total Noticed: 33 |

| | | | Nov 07 2020 05:28:00 | Internal Revenue, Bureau of Collections and Taxpayer Servi, P.O. Box 2811041, Harrisburg, PA 17128-0001 |
|---|---|---|---|---|
| 14651664 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 07 2020 01:58:00 | PA Department of Revenue, Bureau of Compliance, 5th Floor Strawberry Square, Harrisburg, PA 17128-0001 |
| 14653367 | + | EDI: PRA.COM | Nov 07 2020 05:28:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14665158 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 07 2020 01:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14743832 | | EDI: ECMC.COM | Nov 07 2020 05:28:00 | U S Department of Education, P O Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FIFTH THIRD BANK |
| cr | | Fifth Third Bank |
| cr | | Fox's Pizza Den, Inc. |
| cr | | Fox's Pizza Distribution, Inc. |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14887807 | *+ | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14651666 | ## | Peoples Gas, P.O. Box 6766, Pittsburgh, PA 15212-0766 |

TOTAL: 4 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2020    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2020 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian Nicholas | on behalf of Creditor FIFTH THIRD BANK bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Fifth Third Bank bnicholas@kmllawgroup.com |
| Brian M. Kile | |

Case 17-70492-JAD    Doc 98    Filed 11/08/20    Entered 11/09/20 00:31:34    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-7 | User: dkam | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 06, 2020 | Form ID: 3180W | Total Noticed: 33 |

| | |
|---|---|
| | on behalf of Defendant S & T Bank bkile@grenenbirsic.com mcupec@grenenbirsic.com;lstanger@grenenbirsic.com |
| Brian M. Kile | |
| | on behalf of Creditor S&T Bank bkile@grenenbirsic.com mcupec@grenenbirsic.com;lstanger@grenenbirsic.com |
| Donald R. Calaiaro | |
| | on behalf of Plaintiff Catherine Miller dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Donald R. Calaiaro | |
| | on behalf of Joint Debtor Catherine Miller dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Donald R. Calaiaro | |
| | on behalf of Debtor Gerald Miller dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Donald R. Calaiaro | |
| | on behalf of Plaintiff Gerald Miller dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Jacob Oresick | |
| | on behalf of Creditor Fox's Pizza Den Inc. joresick@cbattorneys.com |
| Jacob Oresick | |
| | on behalf of Creditor Fox's Pizza Distribution Inc. joresick@cbattorneys.com |
| James W. Creenan | |
| | on behalf of Creditor Fox's Pizza Den Inc. jcreenan@cbattorneys.com, jparise@cbattorneys.com |
| James W. Creenan | |
| | on behalf of Creditor Fox's Pizza Distribution Inc. jcreenan@cbattorneys.com, jparise@cbattorneys.com |
| Mark B. Peduto | |
| | on behalf of Debtor Gerald Miller mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Mark B. Peduto | |
| | on behalf of Joint Debtor Catherine Miller mpeduto@c-vlaw.com jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Preston D. Jaquish | |
| | on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 18