**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
    GERALD MILLER
    CATHERINE MILLER
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:17-70492 JAD

Chapter 13

Document No.: 91

FILED
11/6/20 1:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER OF COURT**

    AND NOW, this ____6th____ day of ____November____, 20__20__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.  *

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**\* A portion of the mortgage is to be paid following the conclusion of the case based on a settlement agreement.**



BY THE COURT:

jsf
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                      Case No. 17-70492-JAD

Gerald Miller                                                               Chapter 13

Catherine Miller

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-7                       User: dkam                                   Page 1 of 3

Date Rcvd: Nov 06, 2020             Form ID: pdf900                                Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gerald Miller, Catherine Miller, 103 Jacksonville Road, Homer City, PA 15748-1108 |
| cr | + | S&T Bank, 355 North Fifth Street, Indiana, PA 15701-1940 |
| 14651648 | + | ASCAP, P.O. Box 331608, Nashville, TN 37203-7515 |
| 14651649 | + | Berkheimer, P.O. Box 995, 50 North Seventh St., Bangor, PA 18013-1798 |
| 14651650 | + | Blackburn Russell Company,Inc., 157 Railroad St., P.O. Box 157, Bedford, PA 15522-0157 |
| 14651651 | | Brian M. Kile, Esquire, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14651652 | + | CICJSA Sewage, 603 South Main Street, Homer City, PA 15748-1615 |
| 14651653 | + | CICWA Water, 30 East Wiley Sreet, Homer City, PA 15748-1543 |
| 14651655 | ++ | ELDERTON STATE BANK, 143 N MAIN ST, PO BOX 427, ELDERTON PA 15736-0427 address filed with court:, Elderton State Bank, 143 North Main Street, Elderton, PA 15736 |
| 14925570 | | Edna Miller, 103 Palmer Ave., Patton, PA 16668 |
| 14662386 | + | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14674963 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 14651657 | + | Fox's Pizza Den, 4425 William Penn Highway, Murrysville, PA 15668-1917 |
| 14747743 | + | Fox's Pizza Distribution, Inc., c/o Jeffrey Owen, Esq., Cooper Owen & Renner, 1 Priority Lane, Box 419, Murrysville, PA 15668-6617 |
| 14651658 | + | Gregory & Annette Cusiamo, 50 E. Liberty Street, Homer City, PA 15748-1122 |
| 14651659 | + | Hugills Sanitation, 779 Front Street, Mahaffey, PA 15757-8909 |
| 14651661 | + | Jeffrey R. Owen, Esquire, Cooper Owen & Renner, P.C., 1 Priority Lane, P.O. Box 419, Murrysville, PA 15668-0419 |
| 14651662 | + | MailShark Marketing, 4125 New Holland Rd., Mohnton, PA 19540-8632 |
| 14651663 | | NuC02, P.O. Box 417902, Stuart, FL 34997 |
| 14651665 | + | Penelec, P.O. Box 16001, Reading, PA 19612-6001 |
| 14680336 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14652365 | | S&T Bank, c/o Brian M. Kile, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14652364 | + | S&T Bank, 355 North 5th Street, Indiana, PA 15701-1940 |
| 14651667 | + | S&T Bank, PO Box 190, Indiana, PA 15701-0190 |
| 14651668 | + | S&T Bank/Visa, P.O. Box 790408, Saint Louis, MO 63179-0408 |
| 14743832 | | U S Department of Education, P O Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14651654 | + | Email/Text: documentfiling@lciinc.com | Nov 07 2020 01:58:00 | Comcast, 676 Island Pond Rd., Manchester, NH 03109-4840 |
| 14651656 | | Email/Text: bankruptcynotice@fcbanking.com | Nov 07 2020 01:58:00 | First Commonwealth Bank, P.O. Box 400, Indiana, PA 15701 |
| 14651660 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 07 2020 01:58:00 | Internal Revenue, Bureau of Collections and Taxpayer Servi, P.O. Box 2811041, Harrisburg, PA 17128-0001 |
| 14651664 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

Case 17-70492-JAD    Doc 99    Filed 11/08/20    Entered 11/09/20 00:31:34    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-7 | User: dkam | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 06, 2020 | Form ID: pdf900 | Total Noticed: 32 |

|  |  |  | Nov 07 2020 01:58:00 | PA Department of Revenue, Bureau of Compliance, 5th Floor Strawberry Square, Harrisburg, PA 17128-0001 |
|---|---|---|---|---|
| 14653367 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 07 2020 02:09:42 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14665158 |  | Email/Text: RVSVCBICNOTICE1@state.pa.us Nov 07 2020 01:58:00 | | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 6

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | FIFTH THIRD BANK |
| cr |  | Fifth Third Bank |
| cr |  | Fox's Pizza Den, Inc. |
| cr |  | Fox's Pizza Distribution, Inc. |
| cr | *+ | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14887807 | *+ | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14651666 | ## | Peoples Gas, P.O. Box 6766, Pittsburgh, PA 15212-0766 |

TOTAL: 4 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 08, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FIFTH THIRD BANK bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Fifth Third Bank bnicholas@kmllawgroup.com |
| Brian M. Kile | on behalf of Defendant S & T Bank bkile@grenenbirsic.com mcupec@grenenbirsic.com;lstanger@grenenbirsic.com |
| Brian M. Kile | on behalf of Creditor S&T Bank bkile@grenenbirsic.com mcupec@grenenbirsic.com;lstanger@grenenbirsic.com |
| Donald R. Calaiaro | on behalf of Plaintiff Catherine Miller dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |

Case 17-70492-JAD    Doc 99    Filed 11/08/20    Entered 11/09/20 00:31:34    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-7 | User: dkam | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 06, 2020 | Form ID: pdf900 | Total Noticed: 32 |

Donald R. Calaiaro
    on behalf of Joint Debtor Catherine Miller dcalaiaro@c-vlaw.com
    cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Donald R. Calaiaro
    on behalf of Debtor Gerald Miller dcalaiaro@c-vlaw.com
    cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Donald R. Calaiaro
    on behalf of Plaintiff Gerald Miller dcalaiaro@c-vlaw.com
    cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Jacob Oresick
    on behalf of Creditor Fox's Pizza Den  Inc. joresick@cbattorneys.com

Jacob Oresick
    on behalf of Creditor Fox's Pizza Distribution  Inc. joresick@cbattorneys.com

James W. Creenan
    on behalf of Creditor Fox's Pizza Den  Inc. jcreenan@cbattorneys.com, jparise@cbattorneys.com

James W. Creenan
    on behalf of Creditor Fox's Pizza Distribution  Inc. jcreenan@cbattorneys.com, jparise@cbattorneys.com

Mark B. Peduto
    on behalf of Debtor Gerald Miller mpeduto@c-vlaw.com
    jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Mark B. Peduto
    on behalf of Joint Debtor Catherine Miller mpeduto@c-vlaw.com
    jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Preston D. Jaquish
    on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 18